**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD BOXLEY,** *Plaintiffs,* | : | **CIVIL ACTION** |
| | : | **NO. 24-5473** |
| v. | : | |
| | : | |
| **WELLPATH, LLC, *et al.*,** *Defendants.* | : | |

# ORDER

**AND NOW**, this 15th day of October 2026, upon consideration of Defendants Wellpath, LLC, ("Wellpath"), Wellpath Medical Director Anthony Letizio, D.O., and Wellpath Program Manager Dawn Menya's, (collectively, "Defendants"), *motion to dismiss for failure to state a claim*, (ECF 7) (the "First Motion"), and Plaintiff Richard Boxley's *response in opposition*, (ECF 23); and Defendant Wellpath's unopposed *motion to dismiss it as a party, following a bankruptcy discharge of claims*, (ECF 17) (the "Defendant Wellpath" or "Second Motion"), to which no response was filed, is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the:

1. First Motion is **GRANTED**, *with prejudice*, as to Plaintiff's Eighth Amendment medical indifference and professional negligence claims against Defendant Menya;
2. First Motion is **GRANTED**, *without prejudice*, as to Plaintiff's First Amendment retaliation claim against Defendants Menya and Dr. Letizio;
3. First Motion is **DENIED**, *without prejudice*, as to Plaintiff's Eighth Amendment medical indifference and state-law negligence claims against Defendant Dr. Letizio; and;
4. Second Motion is **GRANTED**, *with prejudice*, and all claims against Defendant Wellpath are dismissed.

**BY THE COURT:**
*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*